1045

COMMONWEALTH of Pennsylvania,
Respondent

v.

Fernando Louis LAGARES,
III, Petitioner

No. 276 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph Peter GUARRASI, Petitioner

No. 312 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jeffrey Paul SMITH, Jr., Petitioner

No. 308 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.